11415 United States of America. Is the appellant ready to proceed? Yes, Your Honor. You may. May it please the court, Daniel Tenney for the United States. The order at issue in this case prevents the United States from proceeding with this litigation unless the United States agrees to fund somebody who would provide competent and conscientious legal representation to an opposing party in the case. Can I ask you a question? Is the property in custodia legis? I'm sorry? The property that is the subject of all this that you're trying to levy on or gather up or whatever your process is, is it in the custody of the court? Or is it? It's not. So it's not. The judge at this point can't, at any point, can the property stand for these, whatever these fees are? I mean, when you let's let's back up. The person that's caused all this trouble is the mother. Forget what her name is. That's right. That's right. She's she's and she is the mother. So in a sense, she's also potentially liable for whatever the costs are here that occasioned by having somebody to have to represent her child because she's in jail. I gather she is in jail. She is liable. She is the subject of a twenty eight million dollar restitution judgment. So the likelihood that she's going to have the funds to pay fees on top of that seem seem low. But these are assets that at the moment, anyway, I take it are still entitled in her name. No, the problem in this transfer, the title and the allegation in the complaint in this case is that those were transfers in order to evade the restitution judgment. She got the title out of her name. OK, so the title is out of her name. But if if you all are successful, it will be because because it was hers and that was done to evade this judgment that you will be successful. That's correct. And so then the United States would be entitled to to satisfy the judgment to the proceeds of a sale of those properties or some other disposition. That's what I'm wondering. I mean, you have to help us help you. OK, I mean, this is a we can't just you know, we don't just sort of speak ex cathedra and everything falls in order. You got to help us help you. Where is the money going to come from to pay for these fees? Why does it not come from the proceeds from the sale of the property? Why is that not a good source? Because, well, in answer to your first question, where the how the fees should be paid, the government submission and this was made explicitly to the district court is that the the pro bono counsel on the pro bono panel of the district court would be an appropriate source for it to find an appropriate. But he won't buy that. So, I mean, he's against that. So the judges, I mean, not that that's necessarily the last word on this subject, but right at the moment, we might try to find some other way around it. So the question is, there are assets here that can pay these fees. But our position is that the United States is entitled to those properties. And if the just to back up, if the we don't know a lot about the assets that the that the parties on the other side have, if the you know, if they have assets and they hire an attorney and they, you know, pay the money with something that they have, then maybe that would be appropriate to say that the subject of the litigation that the cost should all be sort of taxed against that is complicated by the fact that the United States believes that there's liens on that, that that's owed to the United States. And so that would be sort of another way of saying out of the exactly what the United States is trying to recover, you have to pay for the attorney for the other side. Well, I know, but life is imperfect. How are we going to solve your problem? You have to tell us. You got to help us. You can't say, well, you know, we got to order the judge to do something. I mean, what are we going to do here? Well, we submit that finding a pro bono attorney is the appropriate mechanism and that if that attorney . . . Isn't, I mean, the question you're being asked almost when I read the record, which I read closely, that's really what McBride's asking you. He's saying help us help you. He's saying the exact same thing we're saying to you. I'm startled that the government is just saying pro bono attorney and no funding mechanism, we won't help anymore. And I say that because you must be sympathetic to the precise . . . our law says this kid does get a guardian. Rule 17 in the en banc decision you cite, so the kid gets it and the guardian gets compensated. So it's just a matter of coming up with some interim mechanism because you can't deny that if they prevail, the costs will be taxed against the government if we lose, right? If you lose. If the government loses, then the talk . . . then under Gattis, the cost could be taxed against the government. But the problem here is that the government isn't going to lose. That's exactly the judge's problem. The judge's problem here is the government's going to win and then where's the money going to come from? And my view is it ought to come from the assets. We've got to have some way to pay the bill here. Well, let me just go back and describe the steps that the government took in the district court to try to resolve this problem. So the government . . . and some of this is documented in the motion papers that were filed in the district court. The government tried to locate someone that . . . you know, this family has a history. They've been helped by, you know, family court and others. Tried to locate someone who might be prepared to take on this responsibility. And there was someone from the family court who said that they might be interested in doing that. The district judge wasn't interested in pursuing that avenue and said that the government has to commit to paying the reasonable expenses at the outset. Well, you're going to have to stop there because that's the same language you used in your brief. I think the brief says that the issue before us is that he has conclusively determined that the government . . . and that the stay will not be lifted until the government has committed. But that is never the language he uses. He keeps saying, I want assurance about adequate compensation. I don't see anything in the stay order saying that I have conclusively decided you must pay. Instead, he's just said, I'm imposing a stay until the parties give me some answer. Do you disagree with that? Do we have in this order anything that says I have conclusively determined, which is the language you keep using in your brief, that the government must pay? Well, he said that there has to be an assurance that the person will pay. And then he said that because . . . That someone will pay. Assurance that someone will pay. Right. And then he says that because the need for this person arises because, in order to allow the government to pursue its case, that he put it on the government to come up with a mechanism to . . . That's what we're doing. Okay. Help us help you. So just to go back through an additional measure in the district court. So if there is somebody who's found pro bono, and I submit that that is the customary solution in these circumstances, not to say the adverse party has to find someone to represent the opposing party, but rather . . . He doesn't just have to appoint an attorney. He has to appoint a guardian ad litem, doesn't he? Isn't that what the rule requires? We're not just talking about having an attorney appointed. Well, it's not entirely clear that a guardian ad litem is needed since there is a custodial parent in the case who could serve as a guardian. But he's made a determination that that custodial parent is not fit to represent this minor as a guardian ad litem in this litigation. Didn't he make that determination already? He made that statement. It's not clear that he was applying . . . It seems to us that he was applying the inappropriate standards since what he was talking about as the functions of a guardian are really the functions of an attorney. If there were an attorney appointed, an attorney could take on the responsibility of litigating the case and explaining to the attorney's client what was at issue. The judge did make a determination . . . I'm not disagreeing that that attorney could serve a dual role, but are you disagreeing that there was a requirement that he appoint a guardian ad litem in this case? We don't oppose the appointment of a guardian ad litem. It's not clear to us that that actually is necessary given if you had an attorney, the question of whether the father would be a suitable guardian for his daughter and serve the limited functions that a guardian serves doesn't seem to us to be one the district court has answered because the district court was treating the two roles sort of together. But at the end of the day, Your Honor is correct that there needs to be somebody appointed and that a person could serve as the attorney or could serve a dual role. To return to the question of payment, another thing the government pointed out is that the pro bono panel does have a scheme for reimbursement of some amount of costs and fees to attorneys who accept appointments pro bono. But the problem is you've got Judge McBride here and he's in concrete, which he frequently is, so what are we going to do? I mean, it isn't as if this is what we call in the bankruptcy business a no asset case. I mean, there's plenty of assets. Why can't the assets be good for the fees here? I mean, it's complicated what sort of happened to the assets. There's a lien on the assets by Wells Fargo. There's taxes that are being payable. And the government is ultimately trying to recover these assets. If this isn't a final appealable order, because he's just asking for advice from parties and he's saying, like any responsible judge, I need you guys to help me out and tell me the lay of the land. I'm looking at Gaddis and I'm seeing that Judge King and Judge Smith were questioning whether there's a funding mechanism, so it's a tough issue. Help me out. That's what I read his day to say. Help me out. Until then, I can't move ahead. What case do you have that would show that that's a final appealable order or meets mandamus? A stay. You're coming up to an appellate court saying, reverse the stay because he's asked us for advice and we haven't yet given it to him. Well, we have given him advice. You said go get a pro bono attorney. He won't. And we said go get a pro bono attorney or allow us, and we listed, and this is at 544 of the record on appeal, listed in our motion, we said we have made efforts to locate somebody who would be prepared to do this, and we got one potential taker. He's not interested in that because he says, well, I need somebody who's going to be. So it's an impact, and is that, my question is, what's the status quo? If we say we won't resolve this now, what's the status quo? Well, based on both the statements at the oral hearings and on the district court's order, it seems to us quite clear that what the government is asking for is for a commitment to pay what he describes as the reasonable fees and expenses of a person who would serve this function. And he's saying the government has to agree in advance that there is a mechanism that those fees and expenses, whatever they will be, presumably determined by the district court, will be paid. And we submit that that is not an appropriate binds to put the government. Okay, so then that's where it stays. In the forfeiture context, was there a statute behind this discretionary fund that exists, or did the attorney general come up with that? In the forfeiture case, the district court relied on. Is there a statutory mechanism for that discretionary fund? There's a statutory, there's a statute that explicitly says that if the government needs, that any, that provides specific funds for the government to use in order to further its forfeiture actions. Now, the question of whether it should have been forced to resort to those funds is a different question, but the government concluded that in order to move the case along, it was prepared to resort to those funds. And there was a specific statutory authorization to use funds of that kind. Well, hypothetically, if the government needed an expert witness in this case, would the government be able to find funds to pay an expert witness? Yes, because the funds that are available for litigation expenses for the government contemplate that the government will expend those funds on expert witnesses in appropriate cases. What do you mean the funds contemplate? Is it statutorily authorized? Yeah, there's an appropriation to U.S. Attorney's Offices and other parts of the Department of Justice in order to fund its own litigation efforts. And this is one of your litigation efforts? Well, there's not a comparable appropriation to fund the other side's litigation. Well, it's funding your litigation if the judge says you don't get to go forward with your litigation until you fund a guardian ad litem. We submit that that is just not an appropriate, there's no, there's no basis in the law for saying that if you want to go forward against somebody and that person doesn't have a lawyer and needs a lawyer, then you have to pay for the lawyer. He hasn't ever said you have to pay. He's saying you have to help me understand what aftergadus is a complicated question that could recur often. He's saying help me out here. Like 706, have you said to the court you've got money? You could have a court-appointed expert? I don't see that you're funding the opposing. That would be an attorney ad litem. You're funding a guardian ad litem. It's not the attorney. Never, ever in his order does he say. And then when you ask him, well, what are the duties going to be? He says, I agree. I'll have to be careful. I'll have to define the limits to make sure it's not an adversary. The government can't fund its adversary. You're right. But that's not what's happening here. Well, he set out in his order of October 31st, quite specifically, what the duties were going to be. And we submit that those are not the duties of a guardian ad litem. He was talking about filing motions. He was talking about doing legal research, discovery. He said he needed somebody who was experienced in federal practice and procedure. And he said that the person was going to provide competent and conscientious legal representation. Those are not the functions of a guardian. But what would prevent him from, at the end of the case, distinguishing as between those two functions and the work that was done in pursuit of the role in the guardian ad litem role and in the work that was done in the attorney role and only requiring payment for the guardian ad litem work from the government or whoever else he decides. At the end of the case, who might have to pay something? The government isn't going to be the loser here. Right. There's two problems with that. The first is the one that Judge King just identified, which is that Guidess was premised on a prevailing party collecting the guardian fee from a non-prevailing party. We expect to prevail in this. Well, what Judge King said is you're going to win. So you're agreeing you're going to win. I'm saying that at the end of the case, there won't be any basis for collecting guardian or attorney or anything from us. The second problem is that what the judge is doing now is saying, no, I want you to commit. I'm not going to proceed unless you commit now to pay the reasonable expenses and fees. He's not saying only insofar as it's functions that are properly described as a guardian. He laid out what the functions are in the order very clearly, and they include things that are plainly not the functions of a guardian. I understand that the judge is feeling like he's put in a difficult situation, but the situation the United States is put in is to say, this person is going to run up some legal bills. You have to make sure that these legal bills get paid. You're suggesting to me the mechanism. I mean, if it were a case like Carlisle, the one you cite, where there's an explicit order to the government to pay, I think you'd be probably in front of us. I just don't agree with how you've characterized this as a conclusive determination the government must pay. He says, I need adequate assurance that the guardian will be paid, and Gaddis indicates the guardian has to be appointed, and we all agree costs will be taxable against the losing party. The government may still lose. I also agree with his statement generally, and you can disagree with me, that it's in the government's interest to have a guardian for the child. That'll probably get the government more money in the long run. The government is not an adversary. This guardian won't be an adversary attorney. I know you read that into his reconsideration denial, but why isn't this guardian going to assist resolution of the case? We don't disagree that a guardian that was actually a guardian would assist with resolution of the case. The problem is that to say, I mean, the difference between you have to provide an assurance that this person will be adequately compensated, and everything you've told us so far about people who would be willing to do it for the sources of compensation that are available isn't good enough, which is what we have here, and then the order that you've contemplated, which is you have to pay. There's just not a lot of difference between those two orders. Well, so now we get back. Why is it, as I say, this is not a no asset case. Why is it that the assets here cannot be, the net cannot be used to pay, and you haven't looked at that. I mean, I gather that you haven't. I should have asked this question ahead of time. Is there a mechanism by which, and you got to be creative about this. I think the judge is trying to help. I don't read the judge as trying to rain on your parade. He's trying to help, but why is it that these, you said the assets are likely to be sold. The government's not going to take the property, so why can't these assets, which started out with the mother, are now in the child, why can't they be used to pay whatever the fees are here? Legal fees are what we're talking about, really. Maybe guardian ad litem fees, but mainly legal fees. You'd have to sort of, the sort of provenance of the property is a little bit complicated, because you've got the brother-in-law who's got his own lawyer, and who has a claim to the property. There's a lien on the property from a bank, and you've got the United States laying a claim to the property. It's not a simple matter, and the property is real property for the most part, and not money, so it's not a simple matter to say, at the end of this case, the money is going to go to the legal fees, and if the defendants have assets, they say these are still their assets, and they have the assets to pay for their own attorney, then that would solve this, but what we're talking about here is defendants who are not claiming that they have assets to pay their attorney, and to say, I mean, you can, to put it on us to force them to pay their attorney is a complicated . . . But the judge can say, okay, here's what's going to happen. We're going to appropriately advise on understanding what the liens and problems are. The judge can say, at the end of the day, this property is going to be sold, and there will be enough net of liens, maybe, to pay these fees, so let's just . . . But you have to help him, just as you would have had to help us. You got to, I mean, he's, you got to give him, throw him a line. Right, I mean, again, I know I've said this already. We think we did give him suggestions. Yeah, but he's not in favor of that. Can I ask you something? Can we ask him, you go back, and you figure out whether, in an optimistic, forward, problem-solving way, whether these assets, under some scenario, can be used to pay these legal fees, on the assumption, which I think is reasonable, that the government may prevail? Yeah, we could look into that question. I think that would be helpful, and send us a letter saying . . . And, you know, this is public record, so you want to send a letter that is a reasonable, best efforts, but helpful case of how these assets can be used to take care of these fees. Sure. So, if I'm understanding the court, what you want is a letter that explains whether, and if so, how, the assets that are at issue in the case could be used, appropriately used, to pay for the fees. And are you talking both about an attorney and about a guardian? Well, I'm on the operating, yes, I think so, because I'm operating on the theory that some of these fees will be guardian ad litem fees, legitimately, and some of them will really be legal fees, even though they may both be charged by the same person. So, I think you have to look at both of them, and be creative about how can we solve this problem, and send us a letter to that effect, and see whether there's some way to do it, being helpful. Okay. Okay. Yes, is there a date by which you want? Well, I mean, what's your work schedule? Well, my work schedule is not great, but obviously we will do what we can to . . . You do it in ten days? Or two weeks? Three weeks? Oh, how about five o'clock today? I'm just kidding. Oh, you know, we're trying to help you. Right. I appreciate your honor. I think three weeks would be helpful if we had that time. If we could complete it more quickly, we will, of course. And Judge Higginson wants to help you with a couple more questions. Just two. You're not . . . I mean, the problem I do see built into our Gaddis decision, so one way, I'm not advising you on how to speak to Judge McBride, but the dissent and the concurrence in Gaddis point out there's no funding mechanism in Rule 17c. It would seem to me the government, with its position on the Rules Committee, or may already have happened, is there no . . . Here's the question. Has anyone proposed any revisions to Rule 17c to actually clear this up? What's the funding mechanism? Do you know of that? I don't know the answer to that. This type of case might be a good reason for that, for the Department of Justice to think about looking into that. The related question is, in your communications with Judge McBride, have you ever given him authority for the proposition that you couldn't pay a guardian? That in the capacity of the guardian working towards a settlement with you, you would not be able to pay for that reason? Not that you will not pour out the pennies or find a mechanism, but that the law prohibits the government to be reimbursing the individual that's working with the government on a settlement for the child? What we said to Judge McBride was that there's no appropriated source of funds. And that didn't please him? That didn't seem sufficient? Okay. So then did you discuss with him whether it's also an impossible predicament? There's case law out there. It would seem to me that might be true. I didn't look into it. I'm not sure I understand the distinction. Can the government be funding a guardian that's working on behalf to work out a settlement that's fair for the child when the government's seeking the opposite point of view? The answer may be yes. That's fine. We didn't frame the issue that way. And maybe there's no way to frame it that way. I'm just trying to be creative. It's a conflict issue. That's what I think. And if you presented it, if you inquired and looked into it from that standpoint, maybe the impasse would be adjusted. Um, yeah. It wasn't presented that way in the district court. But we can look into that as well. Well, that's not an instruction. The only instruction you've got from the presiding judge is the ten-day thing. Twenty-one days. Twenty-one days. I appreciate it, Your Honor. Yeah, okay. All right. Okay. Thank you. All right. Thank you very much.